Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA BOND, individually and all others similarly situated, | Case No. **2:17−CV−01513−JAM−CKD** |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| PAYPAL, INC.; and DOES 1 through 10, inclusive, and each of them, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 14th August 2017

/s/ John A. Mendez_____

U. S. District Court Judge

[Proposed]Order to Dismiss - 1